IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARNEY RAY WHITE, | ) | No. CV-F-05-946 REC |
| | ) | (No. CR-F-03-5308 REC) |
| | ) | |
| | ) | ORDER DIRECTING UNITED |
| Petitioner, | ) | STATES TO RESPOND TO MOTION |
| | ) | FOR RELIEF PURSUANT TO 28 |
| vs. | ) | U.S.C. § 2255 FILED ON JULY |
| | ) | 25, 2005 WITHIN 45 DAYS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

   Petitioner having filed a waiver of the attorney-client privilege, the United States is hereby ordered to file a response to petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed on July 25, 2005.  The United States' response shall be filed within 45 days of the filing date of this Order.  Petitioner's reply, if any, shall be filed within 30 days thereafter.  All further proceedings will be by order of this court.

///

///

1

IT IS SO ORDERED.

**Dated:  August 17, 2005**               /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE