IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNEY RAY WHITE,<br><br>  Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | No. CV-F-05-946 REC<br>(No. CR-F-03-5308 REC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW MOTION PURSUANT TO 28 U.S.C. § 2255, DISMISSING SECTION 2255 MOTION AND DIRECTING ENTRY OF JUDGMENT FOR RESPONDENT |

On October 13, 2005, petitioner Darney Ray White filed a motion to withdraw the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed on July 25, 2005, as amended on August 22, 2005.

ACCORDINGLY:

1.  Petitioner's motion to withdraw the the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed on July 25, 2005, as amended on August 22, 2005, is granted.

1

2.  This action is dismissed.

3.  The Clerk of the Court is directed to enter judgment for respondent.

IT IS SO ORDERED.

**Dated:  October 14, 2005**                    /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE