DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARNEY RAY WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:03-cr-5308 AWI |
| ) | |
| Plaintiff, ) | STIPULATION SETTING MOTIONS |
| ) | SCHEDULE; ORDER |
| v. ) | |
| ) | |
| DARNEY RAY WHITE, ) | |
| ) | Date:  April 5, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the date for the contested hearing which is currently set for March 1, 2010, be vacated and that a motions schedule be set as follows:  defendant's motions in the above-captioned matter to be due on or before March 8, 2010, government's response motions to be due on or before March 22, 2010, and the hearing on these motions be set for **April 5, 2010 at 9:00 a.m.**

   The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv). The reason for the setting of this motions schedule is to permit written objection to the policies and procedures set forth in the AO/Probation contract prohibiting defense retesting at a forensic lab, further defense investigation and discovery review, and counsel is unavailable on March 1, 2010 due to a personal traffic matter in San Mateo County.

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: February 17, 2010 | By:  /s/ *Dawrence W. Rice, Jr.*<br>DAWRENCE W. RICE, JR.<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Public Defender |
| Dated: February 17, 2010 | By:  /s/ *Ann H. Voris*<br>ANN H. VORIS<br>Assistant Federal Defender<br>Attorney for Defendant<br>Darney Ray White |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

**Dated:   February 18, 2010**            /s/ **Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE