```
DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARNEY RAY WHITE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:03-cr-5308 AWI |
| Plaintiff, | STIPULATION CONTINUING CONTESTED HEARING; ORDER |
| v. | |
| DARNEY RAY WHITE, | |
| Defendant. | Date: May 10, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the date for the contested hearing which is currently set for April 5, 2010, may be continued to **May 10, 2010 at 9:00 a.m.**

The reason for the continuance is because the Kroll Laboratory did provide the sample to Central Valley Toxicology per court order, so there is no necessity to proceed on the Motion to Dismiss the violation. The hearing on the violation needs to be re-set to May 10, 2010 to accommodate counsel and witnesses. Mr. White will remain at Turning Point Regional Rehabilitation Center pending hearing on violation.

///

///

///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: March 31, 2010 | By:  /s/ *Dawrence W. Rice, Jr.*<br>DAWRENCE W. RICE, JR.<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Public Defender |
| Dated: March 31, 2010 | By:  /s/ *Ann H. Voris*<br>ANN H. VORIS<br>Assistant Federal Defender<br>Attorney for Defendant<br>Darney Ray White |

### O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

**Dated:   April 1, 2010**            /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE