1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    ANN H. VORIS, Bar #100433
     Assistant Federal Defender
3    2300 Tulare Street, Suite 330
     Fresno, California  93721-2226
4    Telephone: (559) 487-5561

5    Attorney for Defendant
     DARNEY RAY WHITE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,          )    NO. 1:03-cr-5308 AWI
                                        )
13                  Plaintiff,          )    STIPULATION CONTINUING CONTESTED
                                        )    HEARING; ORDER
14         v.                           )
                                        )
15   DARNEY RAY WHITE,                  )
                                        )    Date:  May 17, 2010
16                  Defendant.          )    Time:  9:00 a.m.
                                        )    Judge: Hon. Anthony W. Ishii
17   _____)

18         IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19   that the date for the contested hearing which is currently set for May 10, 2010, may be continued to **May**

20   **17, 2010 at 9:00 a.m.**

21         The reason for the continuance is because Mr. White begins his first day of a computer class and

22   would have to quit the class if he misses it. Assistant U.S. Attorney, Dawrence W. Rice, does not oppose

23   this request.

24   ///

25   ///

26   ///

27   ///

28   ///

1   BENJAMIN B. WAGNER
    United States Attorney

2

3   Dated: May 6, 2010                    By:   /s/ *Dawrence W. Rice, Jr.*
                                                DAWRENCE W. RICE, JR.
4                                               Assistant U.S. Attorney
                                                Attorney for Plaintiff
5

6                                               DANIEL J. BRODERICK
                                                Federal Public Defender
7

8   Dated: May 6, 2010                    By:   /s/  *Ann H. Voris*
                                                ANN H. VORIS
9                                               Assistant Federal Defender
                                                Attorney for Defendant
10                                              Darney Ray White

11

12

13

14

15

16                          **O R D E R**

17        **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

18  § 3161(h)(7)(A) and (B)(ii), (iv).

19

20

21  IT IS SO ORDERED.

22  **Dated:**   **May 6, 2010**                        /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28