
HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
DARNEY WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>vs.<br><br>DARNEY WHITE,<br><br>   *Defendant.* | Case No.  1:03-CR-05308 AWI<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER THEREON<br><br>Date:  July 26, 2016<br>Time: 2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Dawrence Rice, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant DARNEY WHITE, that the status conference hearing set for Thursday, July 28, 2016 at 2:00 p.m., **may be advanced to July 26, 2016 at 2:00 p.m., before Magistrate Grosjean.**

  The reason for this request is because counsel for defendant is not available on July 28, 2016 and we do not want to continue it because of defendant's mental health issues.

///

///

///

///

White: Stipulation to Advance Status Conference Hearing; Proposed Order    -1-

Dated:  July 22, 2016          PHILLIP TALBERT
                               United States Attorney


                                /s/ Dawrence W. Rice, Jr.
                               DAWRENCE W. RICE, JR.
                               Assistant United States Attorney
                               Attorney for Plaintiff


Dated:  July 22, 2016          HEATHER E. WILLIAMS
                               Federal Defender


                                /s/ Ann H. McGlenon
                               ANN H. MCGLENON
                               Assistant Federal Defender
                               Attorney for Defendant
                               DARNEY WHITE


## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the advancement of the status conference hearing requested is granted for good cause.

IT IS SO ORDERED.

Dated:  **July 22, 2016**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

White: Stipulation to Advance Status Conference            -2-
Hearing; Proposed Order