IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:03-cr-05308-AWI |
| ) Plaintiff, ) | ORDER OF RELEASE |
| ) vs. ) | |
| ) DARNEY RAY WHITE, ) | |
| ) Defendant. ) | |

The above named defendant having been sentenced on September 12, 2016 to 78 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released September 12, 2016.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  September 12, 2016            _____
                                      SENIOR DISTRICT JUDGE

Order of Release - 1